UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.:  2:13−cv−09408−MMM−FFM                                    Date:  12/4/2014
Title:  THE RICHARD AVEDON FOUNDATION V. FOREVER 21 INC ET AL

Present: The Honorable  Margaret M. Morrow , U. S. District Judge

Deputy Clerk:  Anel Huerta
Court Reporter:  N/A

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

Proceedings:    **(In Chambers) Discharge of Order to Show Cause Why Court Should Not Dismiss Action for Lack of Prosecution**

On 11/13/2014, the court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff has filed a response to the Order to Show Cause re Lack of Prosecution on 11/19/2014.

The court deems that response satisfactory, and orders the Order to Show Cause discharged.

Initials of Deputy Clerk: ah