1  MARK S. LEE (State Bar No. 094103)
   Email: mlee@manatt.com
2  SETH H. REAGAN (State Bar No. 279368)
   Email: sreagan@manatt.com
3  MANATT, PHELPS & PHILLIPS, LLP
   11355 West Olympic Boulevard
4  Los Angeles, California 90064 1614
   Telephone: (310) 312 4000
5  Facsimile: (310) 312 4224

6  KENNETH M. KAUFMAN (State Bar No. 053894)
   Email: kkaufman@manatt.com
7  MANATT, PHELPS & PHILLIPS, LLP
   700 12th Street, N.W., Suite 1100
8  Washington, DC 20005
   Telephone: (202) 585-6500
9  Facsimile: (202) 585-6600

10 *Attorneys for Plaintiff*
   THE RICHARD AVEDON FOUNDATION
11

12 MICHAEL BERGMAN (State Bar No. 37797)
   Email: mb@mbergmanlaw.com
13 LAW OFFICES OF MICHAEL BERGMAN
   10250 Constellation Boulevard, Suite 2320
14 Los Angeles, California 90067
   Telephone: 1.310.270.9465
15 Facsimile: 1.310.525.3528
   *Attorneys for Defendant, Cross-Complainant, and*
16 *Cross-Defendant*
   A.V.E.L.A., INC.,
17 and *Defendant* LEO VALENCIA

18

19 UNITED STATES DISTRICT COURT

20 CENTRAL DISTRICT OF CALIFORNIA

21 WESTERN DIVISION

22

| | |
|---|---|
| THE RICHARD AVEDON FOUNDATION,<br><br>Plaintiff,<br><br>vs.<br><br>FOREVER 21, INC.; et al.,<br><br>Defendants. | Case No. CV-13-09408-MMM (FFMx)<br><br>[~~PROPOSED~~] **ORDER RE PERMANENT INJUNCTION AND DISMISSAL WITH PREJUDICE OF CLAIMS** |

202892626.1

| | |
|---|---|
| 1 | AND RELATED CROSS-ACTIONS. |
| 2 | |

The Court, having considered Plaintiff's and Defendants A.V.E.L.A., Inc.'s, and Leo Valencia's Stipulation to Permanent Injunction and Dismissal With Prejudice of All Unajudicated Claims, and finding good cause therefor,

**IT IS HEREBY ORDERED** that Defendants A.V.E.L.A., Inc., and Leo Valencia, and all those acting under their direction or control or acting in concert with them, including without limitation officers, directors, employees, agents, successors, licensees, representatives and assigns, are permanently enjoined from:

1. Engaging in any reproduction of the Foundation's copyrighted photograph, "Dovima with Elephants" (identified in U.S. Copyright Registration Nos. B: 552815 and RE: 194-009), including, but not limited to:

    a. producing, or causing to be produced, T-shirts bearing "Dovima with Elephants" or any image substantially similar thereto;

    b. producing, or causing to be produced, other merchandise bearing "Dovima with Elephants" or any image substantially similar thereto;

2. Engaging in any distribution of the Foundation's copyrighted photograph, "Dovima with Elephants," including, but not limited to:

    a. selling, or causing to be sold, T-shirts bearing "Dovima with Elephants" or any image substantially similar thereto;

    b. selling, or causing to be sold, other merchandise bearing "Dovima with Elephants" or any image substantially similar thereto;

3. Engaging in any public display of the Foundation's copyrighted photograph, "Dovima with Elephants," including, but not limited to:

    a. displaying on the internet and/or in-store displays, or causing

1         to be displayed on the internet and/or in in-store displays,
2         images of T-shirts bearing "Dovima with Elephants" or any
3         image substantially similar thereto; and
4     b.     displaying on the internet and/or in in-store displays, or causing
5         to be displayed on the internet and/or in in-store displays,
6         images of other merchandise bearing "Dovima with Elephants"
7         or any image substantially similar thereto.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the permanent injunction entered herein, that all other claims asserted by the Plaintiff against said Defendants are dismissed with prejudice, and that the Plaintiff, on the one hand, and A.V.E.L.A., Inc., and Leo Valencia, on the other hand, shall not recover from each other fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: January 7, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE